450 F.2d 940
 UNITED STATES of America, Plaintiff-Appellee,
v.
Frank Leo VUCI and Henry Anthony Noto, Defendants-Appellants.
 No. 71-2229.
 United States Court of Appeals,
Fifth Circuit.
 Nov. 30, 1971.
Rehearing Denied Dec. 27, 1971.
 
 Bryan E. Bush, Jr., Sam J. D'Amico, Baton Rouge, La., for defendants-appellants.
 Gerald J. Gallinghouse, U. S. Atty., K. Eric Gisleson, Atty., Dept. of Justice, New Orleans, La., for plaintiff-appellee.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)